# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Frank Hughes,                         :
            Petitioner       :
                               :
        v.                    :   No. 333 C.D. 2021
                               :
Wawa, Inc. (Workers' Compensation   :
Appeal Board),                    :
            Respondent     :

## *ORDER*

AND NOW, this 28th day of February, 2022, it is ORDERED that the above-captioned opinion filed December 13, 2021, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge